IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA J. ROOT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TARA GOLD RESOURCES CORP., FRANCIS R. BISCAN, JR. CLIFFORD A. BROWN, and TARA MINERALS CORP.,<br><br>Defendants. | No. 1:10-cv-07584<br>Hon. William J. Hibbler |

## DEFENDANTS' 12(b)(1) MOTION TO DISMISS FOR LACK OF RIPENESS

Defendants Tara Gold Resources Corp. ("Tara Gold"), Francis R. Biscan, Jr. ("Biscan"), Clifford A. Brown ("Brown"), and Tara Minerals Corp. ("Tara Minerals"), through their counsel Martin B. Carroll, Travis Wolfinger, and Tracy Katz Muhl of Fox, Hefter, Swibel, Levin & Carroll, LLP, hereby respectfully move this Court to dismiss Plaintiff's Verified Class Action Complaint under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction due to lack of ripeness and, in support thereof, state as follows:

1. On October 22, 2010, Patricia J. Root ("Root"), individually and on behalf of all others similarly situated, filed her Verified Class Action Complaint ("Complaint") for damages and equitable relief in the Circuit Court of DuPage County, Illinois. On Wednesday, November 24, 2010, Defendants Tara Gold, Biscan, Brown, and Tara Minerals jointly filed their Notice of Removal to this Court under the Class Action Fairness Act, 28 U.S.C. §1332(d)(2).

2.	Plaintiff's Complaint alleges that Tara Gold and Tara Minerals have announced through a press release that they have reached a tentative agreement to exchange shareholders' stock which, for a number of reasons, Plaintiff asks this Court to enjoin.

3.	Under Federal Rule of Civil Procedure 12(b)(1), Defendants respond to Plaintiff's Complaint by asserting lack of subject matter jurisdiction, due to lack of ripeness of Plaintiff's claims and ask this Court to dismiss the Complaint with prejudice.

4.	Tara Gold and Tara Minerals are both Nevada corporations. The proposed transaction has not even begun the approval process required by Nevada law, which entails a written plan of exchange, submission of that plan for shareholder approval, and scheduling and noticing a shareholder vote. (N.R.S. 92A.110 to 92A.120.) If and when Tara Gold and Tara Minerals take these formal steps, Plaintiff will have an opportunity to litigate any issues which may exist at that time.

5.	In support of their Motion, Defendants submit in conjunction herewith Defendants' Memorandum of Law in Support of Their 12(b)(1) Motion to Dismiss for Lack of Ripeness.

WHEREFORE, Defendants Tara Gold Resources Corp., Francis R. Biscan, Jr., Clifford A. Brown, and Tara Minerals Corp. respectfully move this Court to grant Defendants' 12(b)(1) Motion to Dismiss for Lack of Ripeness, to dismiss Plaintiff's Complaint with prejudice, and for such further relief as this Court may deem just.

Dated: December 8, 2010                    Respectfully submitted,


By: /s/ Martin B. Carroll
    Martin B. Carroll
    Travis Wolfinger
    Tracy Katz Muhl
    **FOX, HEFTER, SWIBEL,**
     **LEVIN & CARROLL, LLP**
    200 West Madison Street, Suite 300
    Chicago, Illinois 60606
    (312) 224-1200
    (312) 224-1202 (fax)
    Email: mcarroll@fhslc.com
    **Attorneys for Defendants**
    **Tara Gold Resources Corp.,**
    **Francis R. Biscan, Jr.,**
    **Clifford A. Brown, and**
    **Tara Minerals Corp**