IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA J. ROOT, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARA GOLD RESOURCES CORP., )<br>FRANCIS R. BISCAN, JR. )<br>CLIFFORD A. BROWN, and )<br>TARA MINERALS CORP., )<br>)<br>Defendants. ) | No. 10 CV 7584 |

**NOTICE OF MOTION**

To:  Marvin A. Miller
     Lori A. Fanning
     MILLER LAW LLC
     115 S. LaSalle St., Ste. 2910
     Chicago, IL 60603

PLEASE TAKE NOTICE that on the 14th day of December 2010 at 9:30 a.m., or as soon thereafter as this Motion may be heard, counsel shall appear before the Honorable William J. Hibbler or any judge sitting in his stead in Courtroom 1225 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall there and then present **Defendants' 12(b)(1) Motion to Dismiss for Lack of Ripeness,** attached hereto.

By: /s/ Martin B. Carroll
    Martin B. Carroll
    Travis Wolfinger
    Tracy Katz Muhl
    **FOX, HEFTER, SWIBEL,
       LEVIN & CARROLL, LLP**
    200 West Madison Street, Suite 300
    Chicago, Illinois 60606
    (312) 224-1200
    (312) 224-1202 (fax)
    **Attorneys for Defendants
    Tara Gold Resources Corp.,
    Francis R. Biscan, Jr.,
    Clifford A. Brown, and
    Tara Minerals Corp.**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused to be served and filed: **Notice of Motion, Defendants' 12(b)(1) Motion to Dismiss for Lack of Ripeness** and **Defendants' Memorandum of Law in Support Thereof,** *electronically*, with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished pursuant to CM/ECF this 8th day of December, 2010 on:

> Marvin A. Miller
> Lori A. Fanning
> MILLER LAW LLC
> 115 S. LaSalle St., #2910
> Chicago, IL 60603

> By: /s/ Martin B. Carroll
> Martin B. Carroll
> Travis Wolfinger
> Tracy Katz Muhl
> **FOX, HEFTER, SWIBEL,**
>   **LEVIN & CARROLL, LLP**
> 200 West Madison Street, Suite 300
> Chicago, Illinois 60606
> (312) 224-1200
> (312) 224-1202 (fax)
> **Attorneys for Defendants**
> **Tara Gold Resources Corp.,**
> **Francis R. Biscan, Jr.,**
> **Clifford A. Brown, and**
> **Tara Minerals Corp.**