# EXHIBIT 1

STATE OF ILLINOIS )
)
COUNTY OF DUPAGE )

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA J. ROOT, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>TARA GOLD RESOURCES CORP., )<br>FRANCIS R. BISCAN, JR. )<br>CLIFFORD A. BROWN, and )<br>TARA MINERALS CORP., )<br><br>Defendants. ) | No. 1:10-cv-07584<br>Hon. William J. Hibbler |

**SECOND DECLARATION OF FRANCIS R. BISCAN, JR.**

I, Francis R. Biscan, Jr., state and depose as follows:

1. My name is Francis R. Biscan, Jr. I am competent to testify to the matters set forth herein. If called to testify in the matter, I could and would testify to the matters set out below based upon my personal knowledge.

2. I am the President of Tara Gold Resources Corp. ("Tara Gold") and Tara Minerals Corp. ("Tara Minerals"), as well as a member of the Board of Directors of both. In those capacities, I am familiar with the above-captioned lawsuit and the proposed transaction alleged therein.

3. Attached hereto as Exhibits A, B, and C are the press releases issued by Tara Gold on September 13, 2010, September 16, 2010, and October 14, 2010, respectively, discussing the possible exchange of shareholders' stock which is the subject of this lawsuit.

Exhibit 1

These press releases are Tara Gold's business records, made and kept in the normal course of its business, at or around the time they were used.

4. Tara Gold, Tara Minerals, and their respective Boards of Directors have not prepared or adopted a written plan of exchange in conjunction with the proposed exchange of stock which is the subject of this lawsuit. Lacking such a plan of exchange, they have also not submitted any plan of exchange for approval by shareholder vote, scheduled any meeting for such a shareholder vote, nor provided shareholders with any notices of such a vote. As of the date of this Second Declaration, there is no set date upon which any of those events will occur, if at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of December, 2010, in Wheaton, Illinois.

_____
FRANCIS R. BISCAN, JR.

Home > News > Press Releases > Press Release Details                                Home . S

**Tara Minerals Reaches Agreement to Acquire Tara Gold Resources for $83 Million**                                                                    09/13/20:

CHICAGO, IL -- (MARKET WIRE) -- 09/13/10 -- Tara Minerals Corp. (OTCBB: TARM) (BERLIN: 6T3) and Tara Gold Resources Corp. (PINKSHEETS: TRGD) (FRANKFURT: T8N) have entered into a tentative agreement for Tara Minerals to acquire all of the common shares of Tara Gold in a transaction valued at approximately US $83 million (the "Transaction"). Pursuant to the definitive agreement, two (2) Tara Gold shares will be exchanged for one (1) Tara Minerals share. The Transaction implies a purchase price of US $0.805 per Tara Gold share, representing a premium of 125% over the closing market price of TRGD as of September 10, 2010. The Transaction has been unanimously approved by the Board of Directors of each of Tara Minerals ar Tara Gold.

Tara Gold currently owns 40,897,440 shares of Tara Minerals, representing approximately US $66 million of the Transaction value. These shares will be cancelled upon closing of the Transaction. In addition to the Tara Minerals shares, Tara Gold also has the following assets.

- La Currita Mine - La Currita is a past producing gold/silver project which borders the southeast end of Coeur's Guadalupe deposit (producing 7.9 million ounces of silver in 2010) in the south end of the Palmarejo District. A mineralized structure is exposed on surface for about 1 km, with 6 developed levels and samples returning up to 5 g/t gold and 600 g/t silver. La Currita has the potential for a nea term production scenario.

- Las Minitas - The property lies at the western edge of the Sierra Madre Occidental gold/silver belt where a number of successful gold/silver exploration projects are ongoing. Exploration suggests that mineralization corridor may exist that covers a minimum 3 km strike length, is 100 m wide and is believed to extend for at least 10 km.

- 2.5 million shares in NWM Mining Corp. - NWM Mining is a public Canadian mineral exploration company focused on the development of the Lluvia de Oro / La Jojoba gold mine located in Sonora ir North West Mexico. To date, the mine has a Proven + Probable Reserves of 384,361 ounces gold. Gold/silver/copper mining operations have begun. Tara may earn an additional 2.5 million shares upc NWM reaching a pre-defined production target. Tara Gold sold the Lluvia de Oro project to NWM.

- 1.5 million shares in La Camera Mining Inc. - La Camera is a private company that is exploring its Morelos project (adjacent to Goldcorp) in Mexico. La Camera has intercepted mineralization and is working towards defined resources. Senior producers have shown interest in the project.

- Loan to Tara Minerals - Tara Minerals has debt owing to Tara Gold in the amount of US $1.5 million. This will be cancelled upon closing of the Transaction.

Tara Gold and Tara Minerals management has recommended that their shareholders support the Transactior The Transaction requires the approval of non-affiliate shareholders owning a majority of the outstanding shares of Tara Minerals and Tara Gold. The Transaction is expected to be completed in 2010. Shareholders with questions on the Transaction may contact the company in the US at (888) 901-4550 or in Germany at 021-53-91-04846.

Mr. Francis Biscan Jr., President of Tara Minerals Corp., commented, "The Transaction delivers significant value to all shareholders through risk diversification and cost-reducing synergies. It also creates a North American producer with significant growth potential."

About Tara Minerals Corp. (OTCBB: TARM) (BERLIN: 6T3)

Tara Minerals Corp. is generating cash from the sale of Silver, Zinc, and Lead concentrate from its Don Roma mine and mill, located in Choix, Mexico. Management is focused on creating long-term shareholder value as this capital is deployed to increase throughput, enhance resources, further outline new discoveries/targets, and acquire additional strategic assets. Tara's strength in recognizing value early and strategy of reducing ris through a foundation of cash flow, positions it for low-risk value creation.

About Tara Gold Resources Corp. (PINKSHEETS: TRGD) (FRANKFURT: T8N)

**EXHIBIT A**

Since its inception, Tara Gold has been focused on assembling a pipeline of high-quality precious and non-precious metals projects with potential for economic commercial value. To date, it has added value and profitably sold the San Miguel silver/gold project, and the Lluvia de Oro gold/silver/copper project. Tara Gold currently holds equity positions in La Camera Mining Inc. (a private mining company), NWM Mining Corporation (a public mining company going into production) and a majority position (40.9 million shares) in Tara Minerals Corp. (currently producing silver/zinc/lead and residual gold). Tara Gold also continues to hold several prospective projects, including a past gold/silver producer.

Websites: www.TaraMinerals.com, www.TaraGoldResources.com
IR Contact: David Barefoot - US (888) 901-4550, Germany 021-53-91-0486

Statements in this document regarding the Transaction, the expected timetable for completing the Transaction, benefits and synergies of the Transaction, future opportunities for the combined company, expectations regarding the value and benefits of the Transaction and any other statements about Tara Minerals or Tara Gold managements' future expectations, beliefs, goals, plans or prospects constitute forward looking statements within the meaning of the United States Private Securities Litigation Reform Act of 1995 and other applicable securities laws. Any statements that are not statements of historical fact (including statements containing the words "believes," "plans," "anticipates," "expects," estimates and similar expressions) should also be considered to be forward-looking statements. There are a number of important factors that could cause actual results or events to differ materially from those indicated by such forward-looking statements, including, but not limited to: the ability of the parties to consummate the Transaction an satisfy the conditions thereunder; the ability to obtain, and the timing of, the necessary exchange, regulatory and shareholder or stockholder approvals for the Transaction; the impact of any actions taken by any other party to complicate, delay or prevent the Transaction; the ability to realize the anticipated synergies and benefits from the Transaction and the combined company; and the other factors described in Tara Minerals' Annual Report and Annual Information Form on Form 10-K for the year ended December 31, 2009 and its most recent quarterly reports filed with the SEC available on www.sec.gov and Tara Gold's filings with the SE available on www.sec.gov. Except as required by applicable law, each of Tara Minerals and Tara Gold disclaims any intention or obligation to update any forward-looking statements as a result of developments occurring after the date of this document.

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: The statements contained herein which are not historical are forward-looking statements that are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in the forward-looking statements, including, but not limited to, certain delays beyond the company's control with respect to market acceptance of new technologies or products, delays in testing and evaluation of products, and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.

```
Websites:
www.TaraMinerals.com
www.TaraGoldResources.com

IR Contact:
David Barefoot
US (888) 901-4550
Germany 021-53-91-0486
```

Home > News > Press Releases > Press Release Details                    Home . Site Map . Disclaimer . Contact Us

**Tara Gold Provides Update on Recent Events**                                                    09/16/2010

CHICAGO, IL -- (MARKET WIRE) -- 09/16/10 -- Tara Gold Resources Corp. (PINKSHEETS: TRGD) (FRANKFURT: T8N) is pleased to provide the following update regarding the acquisition of Tara Gold by Tara Minerals and other events of importance to shareholders.

On September 13, 2010, Tara Gold announced that it has entered into a tentative agreement with Tara Minerals whereas Tara Minerals will acquire all of the common shares of Tara Gold by exchanging one (1) Tara Minerals share for two (2) Tara Gold shares. Tara Gold and Tara Minerals management has recommended that their shareholders support the Transaction. In an effort to avoid any conflicts due to common Directors, the Transaction requires the approval of non-affiliate shareholders owning a majority of the outstanding shares of Tara Minerals and Tara Gold. The Transaction is expected to be completed in 2010.

Since this announcement, several law firms have announced that they may commence an investigation into the potential acquisition of Tara Gold by Tara Minerals in an effort to ensure fair value is received by Tara Gold shareholders. Several of these releases are incorrect in a number of respects, including, in one case, the number of shares to be exchanged and in another, the deemed per share value of the acquisition as of September 10, 2010 closing price.

As noted in the September 10, 2010 press release, the Transaction is tentative and is subject to approval of shareholders of Tara Gold who are not Officers or Directors of Tara Gold and vice versa. Management of both companies supports the Transaction and will work towards getting the required non-affiliate vote to close the Transaction in 2010.

Shareholders should also be aware that, on May 6, 2010, the Securities and Exchange Commission temporarily suspended the trading in the securities of a number of corporations, including Tara Gold, due to the failure of these corporations to file 10-K and 10-Q reports with the SEC (see release dated May 12, 2010). Tara Gold had already initiated efforts to meet its financial reporting obligations and has since filed its 2007 10-K report. Tara Gold will complete all the financials required to close the acquisition, which may differ in some respects to the requirements if Tara Gold continued as an independent concern. This effort is well advanced.

On September 14, 2010, the Company received a letter dated September 7, 2010 whereby an SEC Administrative Law Judge made an initial decision to revoke Tara Gold's registration under Section 12(j) of the Securities Exchange Act. This initial decision may become effective as soon as September 28, 2010, in which case Tara Gold's common stock would stop trading. However, and irrespective of Tara Gold's trading status, the proposed acquisition of Tara Gold by Tara Minerals will continue to move forward.

Tara Gold management would like to make shareholders aware of all scenarios so that they may make an informed decision.

```
1.   Tara Gold shareholders who believe the consideration offered by Tara
     Minerals is too low can exercise dissenters' rights under Nevada Law and
     attempt to receive a higher value for their shares. Tara Gold will also
     consider all other acquisition offers.

2.   Tara Gold believes that the price of its shares over the past several
     years has been adversely affected by repeated short selling. As a result
     of the announcement of the proposed acquisition of Tara Gold by Tara
     Minerals, Tara Gold believes that the short sellers will do anything
     within their means to cast dispersions on the proposed acquisition and
     lower the price of Tara Gold's common stock. Therefore, if the
     Transaction is approved by the non-affiliated shareholders of Tara Gold
     and Tara Minerals, shareholders of Tara Gold will need to exchange
     physical certificates representing their shares in Tara Gold before
     receiving the shares of Tara Minerals which will be issued in the
     Transaction. Under this scenario, short sellers will have to deliver
     Tara Minerals shares to the Tara Gold shareholders whose stock they
     borrowed.
```

The Transaction, upon closing, provides Tara Gold shareholders with an opportunity for full valuation of assets within, provides Tara Gold shareholders with exposure to Tara Minerals' growing assets, results in the distribution of Tara Gold's equity holdings in Tara Minerals to its shareholders, results in Tara Gold shareholders retaining their majority interest in Tara Minerals, provides the Tara Gold shareholders with a fully reporting entity, and provides better liquidity for their shares.

About Tara Gold Resources Corp.

Since its inception, Tara Gold has been focused on assembling a pipeline of high-quality precious and non-precious metals projects with potential for economic commercial value. To date, it has added value and profitably sold the San Miguel silver/gold project, and the Lluvia de Oro gold/silver/copper project. Tara Gold currently holds equity positions in La Camera Mining Inc. (a private mining company), NWM Mining Corporation (a public mining company going into production) and a majority position (40.9 million shares) in Tara Minerals Corp. (currently producing silver/zinc/lead and residual gold). Tara Gold also continues to hold several prospective projects, including a past gold/silver producer.

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: The statements contained herein which are not historical are forward-looking statements that are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in the forward-looking statements, including, but not limited to, certain delays beyond the Company's control with respect to market acceptance of new technologies or products,

**Exhibit B**

delays in testing and evaluation of products, and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.

```
Website: www.TaraGoldResources.com
IR Contact:
David Barefoot
US (888) 901-4550
Germany 021-53-91-04846
```

Home > News > Press Releases > Press Release Details

Home . Site Map . Disclaimer . Contact Us

**Tara Gold Provides Update on Registration**  10/14/2010

CHICAGO, IL -- (MARKET WIRE) -- 10/14/10 -- Tara Gold Resources Corp. (PINKSHEETS: TRGD) (FRANKFURT: T8N) is pleased to provide the following update.

On May 6, 2010, the Securities and Exchange Commission temporarily suspended trading in Tara Gold's securities due to the failure of Tara Gold to file its 10-Q and 10-K reports pursuant to Section 13 of the Securities Exchange Act of 1934.

On the same day the Commission issued an Order Instituting Proceedings whereby the Commission sought to revoke Tara Gold's registration of its common stock pursuant to Section 12(j) of the Exchange Act.

On September 7, 2010 an Administrative Law Judge issued an Initial Decision revoking Tara Gold's registration of its common stock. The Initial Decision does not become final until the Commission enters an order of finality. The Commission will enter an order of finality unless a party files a Petition for Review or a motion to correct a manifest error of fact, or unless the Commission determines on its own to review the Initial Decision.

On September 24, 2010 Tara Gold filed a Petition to Review the decision of the administrative law judge. On September 30, 2010 the Commission granted Tara Gold's Petition for Review.

Tara Gold has until November 1, 2010 to file with the Commission a brief in support of its petition. The SEC's Enforcement Division has until December 1, 2010 to file a brief in opposition. Tara Gold then has until December 15, 2010 to file a reply to the Division's opposition.

After all briefs and replies have been filed, the Commission will decide if Tara Gold's registration pursuant to section 12(j) of the Exchange Act should be revoked. For more information regarding this issue, please visit the Commission's website at www.sec.gov.

On September 13, 2010, Tara Gold announced that it has entered into a tentative agreement with Tara Minerals whereas Tara Minerals will acquire all of the common shares of Tara Gold by exchanging one (1) Tara Minerals share for two (2) Tara Gold shares. Tara Gold and Tara Minerals management has recommended that their shareholders support the Transaction. The Transaction continues to progress and further details will be distributed upon Tara Gold filing its 10-Q and 10-K reports.

About Tara Gold Resources Corp.

Since its inception, Tara Gold has been focused on assembling a pipeline of high-quality precious and non-precious metals projects with potential for economic commercial value. To date, it has added value and profitably sold the San Miguel silver/gold project, and the Lluvia de Oro gold/silver/copper project. Tara Gold currently holds equity positions in La Camera Mining Inc. (a private mining company), NWM Mining Corporation (a public mining company going into production) and a majority position (40.9 million shares) in Tara Minerals Corp. (currently producing silver/zinc/lead and residual gold). Tara Gold also continues to hold several prospective projects, including a past gold/silver producer.

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: The statements contained herein which are not historical are forward-looking statements that are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in the forward-looking statements, including, but not limited to, certain delays beyond the Company's control with respect to market acceptance of new technologies or products, delays in testing and evaluation of products, and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.

```
Websites:
www.TaraGoldResources.com

IR Contact:
David Barefoot
US (888) 901-4550
Germany 021-53-91-04846
```

**Exhibit C**